United States District Court
District of Massachusetts

| | |
|---|---|
| Joshua Fernandes, ) | |
|      Petitioner, ) | |
|      v. ) | Civil Action No. |
| Nelson Alves, ) | 23-10056-NMG |
|      Respondent. ) | |

MEMORANDUM & ORDER

**GORTON, J.**

In December, 2023, the Court dismissed petitioner Joshua Fernandes's petition for a writ of habeas corpus without prejudice (Docket No. 22) because it contained claims for which petitioner had not exhausted his state-law remedies. The Court permitted petitioner to file within a reasonable time an amended petition.

On April 3, 2024, petitioner informed the Court that he does not plan to file an amended petition and asked to withdraw his petition for habeas relief. The Court accordingly will dismiss his petition with prejudice.

## ORDER

For the foregoing reasons, the petition for a writ of habeas corpus (Docket No. 1) is **DISMISSED** with prejudice.

**So ordered.**

                                                  /s/ Nathaniel M. Gorton
                                                  Nathaniel M. Gorton
                                                  United States District Judge

Dated: April 4, 2024